Eastern District of Kentucky
**FILED**
NOV 0 2 2006
AT PIKEVILLE
LESLIE G. WHITMER
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE

CIVIL ACTION NO. 7: 06-CV-54 GFVT
TRACT NO. 517

UNITED STATES OF AMERICA                                   PLAINTIFF

VS.         JUDGMENT ON MAGISTRATE'S REPORT AND RECOMMENDATION

3.67 ACRES OF LAND, MORE OR LESS,
SITUATE IN FLOYD COUNTY,
COMMONWEALTH OF KENTUCKY,
AND RICK CAUDILL, ET AL                                    DEFENDANTS

\* \* \* \* \* \* \*

Upon consideration of the Report and Recommendation of the United States Magistrate, and there having been no exceptions filed to same;

IT IS, THEREFORE, ADJUDGED, ORDERED AND DECREED that Rick Caudill owns the fee simple interest, less minerals to Tract 517 subject to lien from Housing Oriented Ministries Established for Service, Inc.

It is further ordered that United Fuel Gas Company; unknown owners, including the unknown heirs, devisees, executors, administrators, creditors and assigns, if any, of William T. Osborn; unknown owners, including the unknown heirs, devisees, executors, administrators, creditors and assigns, if any, of Dan Rowland; Commissioner Mark Treesh; Kentucky Education Cabinet, Dep't of Workforce Investment, Office of Employment and Training, Unemployment Insurance Division; Matthew Bender & Company, Inc. D/b/a Michie Company, Commissioner Mark W. Everson, U.S.

Department of Treasury, Internal Revenue Service be and are dismissed as party defendants and not entitled to any just compensation herein.

Jurisdiction of this cause is retained for the entry of further and appropriate orders and decrees.

Dated this 20 day of November, 2006.

GREGORY F. VAN TATENHOVE
UNITED STATES DISTRICT JUDGE